UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.  ) | CR124-044 |
| ) | |
| AMANDA COVARRUBIAS MARTINEZ ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Samuel J. Adams** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Samuel J. Adams** be granted leave of absence for the following periods: July 20, 2024 through July 26, 2024; August 2, 2024; August 14, 2024 through August 15, 2024; and September 3, 2024 through September 13, 2024.

**ORDERED**, this the 18th day of July, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA